## AFFIDAVIT

I, Joe "Nick" Brown, being duly sworn, hereby depose and state as follows:

1. I am a Task Force Officer (TFO) assigned to the Federal Bureau of Investigation Child Exploitation and Human Trafficking Task Force since July 2013. I have been a certified law enforcement officer for 16 years. I have conducted numerous investigations involving narcotics violations, public integrity, cybercrimes based offenses, and I have received specialized training and certificates pertaining to law enforcement. For the past four years, I have been employed with the Hinds County Sheriff's Office assigned to investigations involving Internet Crimes against Children and Human Trafficking. I have also been involved with investigations of cyber tips distributed by the National Center for Missing and Exploited Children (NCMEC) and have been involved in investigations of Peer-to-Peer cases and online cases involving child sex exploitation.

2. As TFO officer, I am authorized to investigate violations of the laws of the United States, and to executed warrants and arrests issued under the authority of the United States.

3. This Affidavit is being made in support of an application for a Criminal Complaint against TERRANCE BRADEN, GAYLON NELLUMS and SETRICAI HALL.

4. Based on the information set forth in this Affidavit, there is probable cause to believe that BRADEN, NELLUMS and HALL, on or before June 26, 2020, knowingly used a facility in interstate or foreign commerce to promote, manage, establish and/or carry on their unlawfully prostitution business by posting advertisements for prostitution in the State of Mississippi. In furtherance of said activity, BRADEN transported NELLUMS and HALL from

1

Tennessee to Jackson, Mississippi, to engage in sexual acts for money, in violation of Title 18, United States Code, Sections 1952(a)(3)(A) and 2421.

5. On June 26, 2020, TFO Brown located an advertisement on the website, "Megapersonals," portraying a female in sexually explicit poses, with a contact number of (901) 424-4270. TFO Brown, acting in an undercover capacity, made contact with the telephone number via text message. The receiver responded by text message: *"Are you the police or afflicted with any law enforcement or work for them or on any bullshit."* TFO Brown engaged in texting back and forth with the female. They agreed to meet for sex, with the stated price of $150.00 for one hour and an additional $50.00 for "BB" (meaning bareback sex). The female stated she was at Motel 6 on I-55 North Jackson, Mississippi.

6. TFO Brown, along with other law enforcement officers travelled to Motel 6. The other law enforcement officers were to conduct surveillance and provide protection for TFO Brown. Before TFO Brown got to Motel 6, the female texted him that she would be on the "back of the hotel downstairs".

7. Upon arriving at Motel 6, TFO Brown observed a female matching the female portrayed in the "Megapersonals" internet advertisement, standing between room 125 and 126, talking with another female. The female matching the description in the advertisement, immediately entered room 125. The other female went into room 126.

8. TFO Brown made contact with the female in room 125. The female was identified as SETRICAI HALL from Memphis, Tennessee.

9. Upon making contact with HALL, TFO Brown identified himself as law enforcement, to which, HALL immediately tried to contact someone on her cell phone. HALL's

2

cell phone was seized to prevent her from alerting anyone else that might be working with her. TFO Brown advised HALL of her *Miranda rights* to which she waived. Hall consented to a search of her phone and admitted to travelling to Jackson, Mississippi, from Memphis, Tennessee on June 25, 2020, to engage in prostitution. HALL identified the female in room 126 as GAYLON NELLUMS, another girl working with her in prostitution. In addition, Hall admitted that TERRANCE BRADEN drove her and NELLUMS to Jackson, Mississippi to engage in sex for money.

10. The consensual search of Hall's cell phone revealed numerous text messages between HALL and BRADEN, referencing commercial sex, as well as, BRADEN posting ads. One text conversation revealed BRADEN asking HALL for pictures. Once BRADEN received the pictures, BRADEN texted HALL, "Yeah I can sell dat" along with a messages asking, "Do you do anal" and "just asking for the ad". Multiple texted messages on HALL's cellphone confirmed BRADEN's role in HALL performing commercial sex acts. HALL admitted that she and NELLUMS both came to Mississippi to engage in sex for money.

11. HALL admitted to receiving money for sex acts giving the money to NELLUMS, who in turn gave the money to BRADEN for their protection.

12. TFO Brown subsequently made contact with NELLUMS and BRADEN in room 126. Both were arrested and transported to Hinds County jail.

13. TFO Brown obtained copies of hotel receipts from Motel 6, copies for rooms 125 and 126, which showed NELLUM, had paid for both rooms.

Based upon my training and experience, and the facts set forth in this Affidavit, there is probable cause to believe that TERRANCE BRADEN, GAYLON NELLUMS and SETRICAI

3

HALL used a facility in interstate or foreign commerce to promote, establish and/or carry on commercial prostitution in Jackson, Mississippi; and, further that TERRANCE BRADEN transported GAYON NELLUMS and SETRICAI HALL to Jackson, Mississippi from Memphis, Tennessee to engage in commercial sex acts for money.

Respectfully submitted,

Joe "Nick" Brown
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on this 2nd of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE